# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | R. Alexander Acosta , Secretary of Labor, U.S. Department of Labor | **Defendant(s):** | C&C Verde, LLC, d/b/a Midas ; C&C Oracle, LLC, d/b/a Midas ; C&C 22cd, LLC, d/b/a Midas ; C&C 6th, LLC, d/b/a Midas ; C&C Ina, LLC, d/b/a Midas ; C&C Valencia, LLC, d/b/a Midas ; Christopher Conforti |

County of Residence: Pima

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Grace A. Kim , Trial Attorney**
U.S. Department of Labor, Office of the Solicitor
350 S. Figueroa St., Ste. 370
Los Angeles, California 90071
(213) 894-3950

Defendant's Atty(s):

**Robert Vaught , Attorney** ( C&C Verde, LLC, d/b/a Midas ; C&C Oracle, LLC, d/b/a Midas ; C&C 22cd, LLC, d/b/a Midas ; C&C 6th, LLC, d/b/a Midas ; C&C Ina, LLC, d/b/a Midas ; C&C Valencia, LLC, d/b/a Midas ; Christopher Conforti )
Quarles & Brady, LLP
Renaissance One, Two North Central Avenue
Phoenix, Arizona 85004
602-229-5716

---

II. Basis of Jurisdiction:      **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

**1. Original Proceeding**

IV. Origin :

V. Nature of Suit: **710 Fair Labor Standards Act**

VI. Cause of Action: **Action for injunction relief and to recover amounts due under the Fair Labor Standards Act**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** **/s/ Grace A. Kim**

**Date:** **06/27/2017**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**